UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET PHILADELPHIA, PA 19106-1797

December 9, 2014

Thomas P. Riley, Esquire
Law Offices of Thomas P. Riley, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3127

      RE: **G&G Closed Circuit Events, LLC v. Reyes, et al.**
            **Civil Action No. 14-4859**

Dear Mr. Riley:

    A review of the Court's records shows that service of the complaint on defendants Thomas R. Reyes and 541 E. Thelma Street, Inc. has not been made in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service should be made by December 19, 2014, in accordance with Rule 4(j) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service.

    If service is not made by December 19, 2014, the court may dismiss the complaint without prejudice for lack of prosecution.

                               Very truly yours,

                               Patricia Clark
                               Deputy Clerk to Judge McHugh

Civ. 22