Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| G & G Closed Circuit Events, LLC, | Case No. 2:14-cv-04859-GAM |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS THOMAS R. REYES, INDIVIDUALLY and d/b/a EL PUEBLO SPORTS BAR & GRILL; and 541 E. THELMA STREET, INC., an unknown business entity d/b/a EL PUEBLO SPORTS BAR & GRILL, |
| vs. | |
| Thomas R. Reyes, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, *without prejudice,* defendant Thomas R. Reyes, individually and d/b/a El Pueblo Sports Bar & Grill; and 541 E. Thelma Street, Inc. an unknown business entity d/b/a El Pueblo Sports Bar & Grill.

This Dismissal is made pursuant to FRCP 41 (a).


Dated: December 22, 2014         /s/  Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 G & G Closed Circuit Events, LLC

## **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 22, 2014, I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Thomas R. Reyes (Defendant)
541 East Thelma Street
Philadelphia, PA 19120

541 E. Thelma Street, Inc. (Defendant)
541 East Thelma Street
Philadelphia, PA 19120

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 22, 2014, at South Pasadena, California.

Dated: December 22, 2014                    */s/ Stefanie Martinez*
                                            **STEFANIE MARINEZ**